■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN GONZALEZ, Appellant. [978 NYS2d 870]—

Inasmuch as the maximum term of the defendant's resentence expired during the pendency of this appeal, "any issues which relate to the length of his [re]sentence are academic" (*People v Conklin*, 46 AD3d 698, 698 [2007]; *see People v Reyes*, 74 NY2d 837, 838 [1989]). Rivera, J.P., Dickerson, Leventhal and Hall, JJ., concur.